UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTONIO SENTELLE LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-013 |
| | ) | |
| SPD DETECTIVE JAMES KING, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In a prior Order, the court directed *pro se* plaintiff Antonio Sentelle Lee to file an Amended Complaint addressing fatal deficiencies no later than March 28, 2022. Doc. 12 at 10. He was expressly warned that "failure to submit his amended pleading may result in dismissal of his case for failing to obey a court order or failure to prosecute." *Id.* (citing Fed. R. Civ. P. 41(b)). His deadline for submitting the Amended Complaint passed three months ago, and he has not complied. *See generally* docket.

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts

1

have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).  Accordingly, Plaintiff's Complaint is **DISMISSED** for his failure to comply with the Court's Order and his failure to prosecute this action.  The Clerk of Court is **DIRECTED** to close this case.

    **SO ORDERED,** this 30th day of June, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA